**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 5, 2024

**BY ECF & EMAIL**

Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> These requests are GRANTED. SO ORDERED
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> December 5, 2024

**Re: Ronald Goldberg (1:24-mj-03876-UA)**

Dear Judge Willis:

The Defense writes to request that the Court (1) set a control date of Monday December 16, 2024 for Mr. Goldberg's removal to the Middle District of Florida and (2) set a subsequent control date every two weeks thereafter until Mr. Goldberg arrives in the Middle District of Florida. The Government joins this request.

Mr. Goldberg was presented before Your Honor on November 6, 2024, and has been detained at the Metropolitan Detention Center, Brooklyn since his presentment. He waived an identity hearing and consented to his removal to the Middle District of Florida. The Court ordered his removal and set Wednesday November 20, 2024 as a control date.

On December 3, 2024, the government informed undersigned counsel that the United States Marshal Service reports the request to transfer Mr. Goldberg is in process and he will "likely be moved this month," although this is "subject to change."

Nearly a month has passed since this Court ordered Mr. Goldberg's removal for an alleged violation of supervised release. Without oversight from the Court, defense counsel fears that Mr. Goldberg—a sixty-six-year-old man with significant health issues—will languish at the MDC past Christmas and the New Year.

In order to ensure Mr. Goldberg's timely removal, the parties respectfully request that the Court set a control date of Monday December 16, 2024, and set a subsequent control date every two weeks thereafter until Mr. Goldberg arrives in the Middle District of Florida.

Thank you for your time and attention to this matter.

Respectfully submitted,

<u>/s/ Jennifer Brown</u>
Jennifer Brown
Attorney-in-Charge
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

<u>/s/ Mitchell Schwartz</u>
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007